THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-00055-D-1

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| James Truman Wiggins, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant James Truman Wiggins, Jr., it is hereby ORDERED that

Docket Entry 31 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents

to Defendant's attorney and the United States Attorney.

SO ORDERED, this _12_ day of June, 2017.

_____
HONORABLE JAMES C. DEVER, III
Chief United States District Court Judge