THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-00055-D-1

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| James Truman Wiggins, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant James Truman Wiggins, Jr., it is hereby ORDERED that Docket Entry 36 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's attorney and the United States Attorney.

SO ORDERED, this __3__ day of October, 2017.

_____
HONORABLE JAMES C. DEVER, III
Chief United States District Court Judge