IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-55-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JAMES TRUMAN WIGGINS, JR. | : |

**ORDER OF FORFEITURE**

Defendant Wiggins pled guilty to the five-count Criminal Information, which charged Defendant with violating Title 18, United States Code, Section 371 (Conspiracy to Commit Offenses Against the United States), 18 U.S.C. §§ 1014 and 2 (False statements to the FCIC, and aiding and abetting), 18 U.S.C. § 1001 (Material false statements in connection with federal crop disaster relief), 18 U.S.C. §§ 1028A and 2 (Aggravated identity theft, and aiding and abetting), and 18 U.S.C. §§ 1956(h) and 1957 (Conspiracy to commit money laundering). In his Plea Agreement, the Defendant agreed to the forfeiture of $5,600,433.00 in proceeds from the conspiracy to commit the above-referenced offenses.

Having considered the plea agreement, the record as a whole, and the applicable law, the Court issues the following orders:

1. It is ORDERED that all property, real or personal, which constitutes or is derived from proceeds traceable to Defendant's

1

violations of Title 18, United States Code, Section 371 (Conspiracy to Commit Offenses Against the United States), 18 U.S.C. §§ 1014 and 2 (False statements to the FCIC, and aiding and abetting), 18 U.S.C. § 1001 (Material false statements in connection with federal crop disaster relief), 18 U.S.C. §§ 1028A and 2 (Aggravated identity theft, and aiding and abetting), and 18 U.S.C. §§ 1956(h) and 1957 (Conspiracy to commit money laundering), is forfeited to the United States. The property includes $5,600,433.00 in gross proceeds.

2. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part, provided it makes the appropriate showing under 21 U.S.C. § 853(p).

3. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of

the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This __30__ day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge