UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Thurman Wiggins Jr.**                                           **Docket No. 4:16-CR-55-1D**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Thurman Wiggins Jr., who, upon an earlier plea of guilty to Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371; False Statements in Connection With the Federal Crop Insurance Program and Aiding and Abetting, in violation of 18 U.S.C. § 1014 and 18 U.S.C. § 2; Material False Statements and Aiding and Abetting, in violation of 18 U.S.C. § 1001 and 18 U.S.C. § 2; Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. § 2, and 18 U.S.C. § 1028(a)(1); and Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h), 18 U.S.C. § 1957, and 18 U.S.C. § 1956 (a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 30, 2018, to the custody of the Bureau of Prisons for a term of 25 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Thurman Wiggins Jr. was released from custody on April 24, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing, the Court ordered that the payments of restitution ($5,669,891) and special assessment ($500) shall be due and payable in full immediately. A repayment amount was not established by the Court due to the defendant's forfeiture of various assets. As a result of his age and inability to work, Wiggins receives monthly social security benefits. After discussion with Wiggins and a review of his financial statement, it has been determined that Wiggins can make monthly payments in the amount of $25, to start repayment of the restitution owed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall pay installments of $25 per month during the remaining course of supervision. The probation officer shall continue to monitor the defendant's ability to pay and shall notify the Court of any needed modifications of the payment schedule. Except as herein modified, the judgment shall remain in full force and effect.

James Thurman Wiggins Jr.
Docket No. 4:16-CR-55-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: July 29, 2020

### ORDER OF THE COURT

Considered and ordered this 12 day of August, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge