UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Thurman Wiggins Jr.**  Docket No. 4:16-CR-55-1D

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Thurman Wiggins Jr., who, upon an earlier plea of guilty to Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371; False Statements in Connection With the Federal Crop Insurance Program and Aiding and Abetting, in violation of 18 U.S.C. § 1014 and 18 U.S.C. § 2; Material False Statements and Aiding and Abetting, in violation of 18 U.S.C. § 1001 and 18 U.S.C. § 2; Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. § 2, and 18 U.S.C. § 1028(a)(1); and Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h), 18 U.S.C. § 1957, and 18 U.S.C. § 1956 (a)(1),, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 30, 2018, to the custody of the Bureau of Prisons for a term of 25 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Thurman Wiggins Jr. was released from custody on April 24, 2020, at which time the term of supervised release commenced.

On August 12, 2020, a Petition for Action was approved by the Court reducing the defendant's monthly payment from $500 to $25.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a routine home visit with the defendant, the undersigned probation officer was made aware that the U.S. Department of Treasury was withholding a portion of the defendant's monthly social security benefits and applying the money to his restitution obligation. Further investigation confirmed that $245.72 is being applied monthly towards his outstanding restitution. Accordingly, we would respectfully request that the defendant no longer be required to make $25 monthly payments. The U.S. Probation Office will continue to monitor the defendant's restitution, and should additional information present itself that would necessitate change or revision, the Court will be notified.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant is not required to make his monthly $25 payments. The probation officer shall continue to monitor the defendant's ability to pay and shall notify the Court of any needed modifications of the payments schedule. Except as herein modified, the judgment shall remain in full force and effect.

James Thurman Wiggins Jr.
Docket No. 4:16-CR-55-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: October 1, 2021 |

### ORDER OF THE COURT

Considered and ordered this __4__ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge